IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT SAN ANTONIO

UNITED STATES OF AMERICA,

                          Plaintiff,

vs.                                    No. SA:13-CR-00683-OLG-3

MAGIN VILLALON,
                          Defendant.
_____
UNITED STATES OF AMERICA,

                          Plaintiff,

vs.                                    No. SA:14-CR-00192-DAE-1

ALYSSA BARRERA,
                          Defendant.
_____
UNITED STATES OF AMERICA,

                          Plaintiff,

vs.                                    No. SA:14-CR-00192-DAE-2

ANNA PATRICIA MENDOZA,                 San Antonio, TX
                          Defendant.   March 18, 2014

TRANSCRIPT OF RE-ARRAIGNMENT & PLEA HEARING PROCEEDINGS
BEFORE THE HONORABLE JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

APPEARANCES


APPEARING FOR THE PLAINTIFF IN MAGIN VILLALON CASE:

     Mr. James K. Blankinship
     Assistant United States Attorney
     601 N.W. Loop 410, Suite 600
     San Antonio, Texas 78216-5512
     210-384-7146
     jim.blankinship@usdoj.gov


APPEARING FOR THE DEFENDANT IN MAGIN VILLALON CASE:
     Mr. Joe A. Gamez
     Law Office of Joe A. Gamez
     1139 W. Hildebrand
     San Antonio, Texas  78201
     210-736-4040
     criminal-law@jagamezlaw.com

APPEARING FOR THE PLAINTIFF IN ALYSSA BARRERA &
ANNA PATRICIA MENDOZA CASES:

    Mr. Michael R. Hardy
    Assistant United States Attorney
    601 N.W. Loop 410
    Suite 600
    San Antonio, Texas 78216-5512
    210-384-7150
    mike.hardy@usdoj.gov


APPEARING FOR THE DEFENDANT IN ALYSSA BARRERA:

    Mr. Alfredo R. Villarreal
    Office of the Federal Public Defender
    727 E. Cesar E. Chavez Blvd., Room B-207
    San Antonio, Texas 78206
    210-472-6700
    alfredo_villarreal@fd.org


APPEARING FOR THE DEFENDANT PATRICIA MENDOZA:

    Ms. Julia Maldonado Santander
    P.O. Box 417
    Helotes, Texas  78023
    520-471-1267
    maldonadolaw@msn.com



Proceedings recorded by FTR digital audio recording.

```
1              THE COURT:  United States of America vs. -- is it
2    Magin Villalon; is that correct?
3              DEFENDANT VILLALON:  Yes, sir.
4              MR. GAMEZ:  Correct, Your Honor.
5              THE COURT:  And, Mr. Gamez, you represent
6    Mr. Villalon?
7              MR. GAMEZ:  Yes, Your Honor.
8              THE COURT:  Mr. Blankinship, you represent the
9    Government in that case?
10             MS. BLANKINSHIP:  Yes, sir.
11             THE COURT:  United States of America vs.
12   Anna Patricia Mendoza, SA:14-CR-192.
13        Mr. Hardy, you represent the Government in that case?
14             MR. HARDY:  Yes, sir.
15             THE COURT:  And, Mr. Santander; is that correct --
16             MS. SANTANDER:  Yes, Your Honor.
17             THE COURT:  Ms. Santander.  I'm sorry.  Next time
18   I'll look up first.
19        You represent Ms. Mendoza?
20             MS. SANTANDER:  Yes, Your Honor.
21             THE COURT:  Is your name Anna Patricia Mendoza?
22             DEFENDANT MENDOZA:  Yes, sir.
23             THE COURT:  United States of America vs.
24   Alyssa Barrera, same case.
25        Mr. Hardy, you represent the Government?
```

1          MR. HARDY:  That's correct.

2          THE COURT:  Mr. Villarreal you represent Ms. Barrera?

3          MR. VILLARREAL:  Yes, Your Honor.  And she is

4  present.  We're ready to proceed.

5          THE COURT:  Your name is Alyssa Barrera?

6          DEFENDANT BARRERA:  Yes, sir.

7          THE COURT:  I need for the three of you to please

8  remain seated, raise your right hands, and be sworn by the

9  clerk.

10          COURTROOM DEPUTY:  Do you declare or affirm under

11  penalty of perjury that the testimony you will give in the case

12  now before the Court shall be the truth, the whole truth, and

13  nothing but the truth?

14      Can you speak up?

15          DEFENDANT VILLALON:  Yes.

16          DEFENDANT MENDOZA:  Yes.

17          DEFENDANT BARRERA:  Yes.

18          THE COURT:  Mr. Gamez, do you have any doubt as to

19  your client's competence to enter a guilty plea at this time?

20          MR. GAMEZ:  No, Your Honor.

21          THE COURT:  Could you pronounce your name for me,

22  ma'am, so I don't mispronounce it.

23          MS. SANTANDER:  Santander.

24          THE COURT:  Santander?

25          MS. SANTANDER:  Yes.

```
 1            THE COURT:  Do you have any doubt as to Ms. Mendoza's
 2   competence?
 3            MS. SANTANDER:  No, Your Honor.
 4            THE COURT:  Mr. Villarreal, any doubt as to
 5   Ms. Barrera's competence?
 6            MR. VILLARREAL:  None, Your Honor.
 7            THE COURT:  Mr. Villalon, do you have -- did you
 8   suffer from any mental condition or take any drugs that might
 9   interfere with your ability to understand what you are doing
10   today?
11            DEFENDANT VILLALON:  No, Your Honor.
12            THE COURT:  Ms. Mendoza?
13            DEFENDANT MENDOZA:  No, sir.
14            THE COURT:  Ms. Barrera?
15            DEFENDANT BARRERA:  No, sir.
16            THE COURT:  Before accepting your guilty pleas, there
17   are several rights I must advise you of and various questions I
18   will ask you.  If you do not understand these rights or
19   questions, or at any time wish to consult with your attorney,
20   please say so.  If any statement you make during this hearing
21   is untrue, the Government has the right to prosecute you for
22   perjury.
23        Mr. Villalon, do you understand that?
24            DEFENDANT VILLALON:  Yes, Your Honor.
25            THE COURT:  Ms. Mendoza?
```

1          DEFENDANT MENDOZA:  Yes, sir.

2          THE COURT:  And, Ms. Barrera?

3          DEFENDANT BARRERA:  Yes, sir.

4          THE COURT:  Each of you has the right to enter your

5  guilty plea before a United States District Judge.

6          Mr. Villalon, your case is pending before United States

7  District Judge Orlando Garcia.

8          And, Ms. Mendoza, and Ms. Barrera, your cases are pending

9  before United States District Judge David Ezra.

10          You can, however, consent to plead guilty before a

11  United States Magistrate Judge, such as myself.  The district

12  judge will sentence each of you in your cases.

13          Mr. Villalon, do you understand your right to plead guilty

14  before Judge Garcia?

15          DEFENDANT VILLALON:  I do, Your Honor.

16          THE COURT:  And do you agree to give up that right

17  and to plead guilty before me today?

18          DEFENDANT VILLALON:  Yes, Your Honor.

19          THE COURT:  Ms. Mendoza, do you understand your right

20  to plead guilty before Judge Ezra?

21          DEFENDANT MENDOZA:  Yes, sir.

22          THE COURT:  And do you agree to give up that right

23  and plead guilty before me today?

24          DEFENDANT MENDOZA:  Yes, sir.

25          THE COURT:  Ms. Barrera, do you understand your right

1    to plead guilty before Judge Ezra?

2            DEFENDANT BARRERA:  Yes, sir.

3            THE COURT:  And do you agree to give up that right

4    and plead guilty before me today?

5            DEFENDANT BARRERA:  Yes, sir.

6            THE COURT:  Mr. Villalon, have you had enough time to

7    fully discuss your case with your lawyer and any possible

8    defenses you may have to the charge against you?

9            DEFENDANT VILLALON:  Yes, I have, Your Honor.

10           THE COURT:  Are you satisfied with your attorney's

11   representation of you?

12           DEFENDANT VILLALON:  Yes, Your Honor.

13           THE COURT:  Ms. Mendoza, have you had enough time to

14   fully discuss your case with your lawyer and any possible

15   defenses you may have to the charge against you?

16           DEFENDANT MENDOZA:  Yes, sir.

17           THE COURT:  And are you satisfied with your

18   attorney's representation of you?

19           DEFENDANT MENDOZA:  Yes, sir.

20           THE COURT:  Ms. Barrera, have you had enough time to

21   fully discuss your case with your lawyer and any possible

22   defenses you may have to the charge against you?

23           DEFENDANT BARRERA:  Yes, sir.

24           THE COURT:  Are you satisfied with your attorney's

25   representation of you?

1          DEFENDANT BARRERA:  Yes, sir.

2          THE COURT:  In each of your cases, written plea --

3    written plea agreements have been filed which were signed by

4    you, your attorney, and the attorney for the Government.

5       Mr. Villalon, did you read your plea agreement before you

6    signed it?

7          DEFENDANT VILLALON:  Yes, Your Honor.

8          THE COURT:  Do you understand the terms of your plea

9    agreement?

10          DEFENDANT VILLALON:  Yes, Your Honor.

11          THE COURT:  And do you agree to those terms?

12          DEFENDANT VILLALON:  Yes, Your Honor.

13          THE COURT:  Ms. Mendoza, did you read your plea

14    agreement before you signed it?

15          DEFENDANT MENDOZA:  Yes, sir.

16          THE COURT:  And do you understand the terms of your

17    plea agreement?

18          DEFENDANT MENDOZA:  Yes, sir.

19          THE COURT:  And do you agree to those terms?

20          DEFENDANT MENDOZA:  Yes, sir.

21          THE COURT:  And, Ms. Barrera, did you read your plea

22    agreement before you --

23          DEFENDANT BARRERA:  Yes.

24          THE COURT:  -- signed it?

25          DEFENDANT BARRERA:  Yes, sir.

1          THE COURT:  And do you understand the terms of your

2    plea agreement?

3          DEFENDANT BARRERA:  Yes, sir.

4          THE COURT:  And do you agree to those terms?

5          DEFENDANT BARRERA:  Yes, sir.

6          THE COURT:  Mr. Villalon, you're charged in Count 8

7    of your indictment with bribery concerning a program receiving

8    federal funds.

9        Did you receive a copy of the indictment that was filed

10   against you?

11         DEFENDANT VILLALON:  Yes, Your Honor.

12         THE COURT:  Did you read the indictment and discuss

13   with your attorney the charge to which you are pleading guilty?

14         DEFENDANT VILLALON:  Yes, Your Honor.

15         THE COURT:  Do you understand the charge?

16         DEFENDANT VILLALON:  Yes, Your Honor.

17         THE COURT:  Do you understand that you have the right

18   to plead not guilty to that charge?

19         DEFENDANT VILLALON:  (No audible response.)

20         THE COURT:  And how do you plead to Count 8 of the

21   indictment, guilty or not guilty?

22         DEFENDANT VILLALON:  Guilty.

23         THE COURT:  Ms. Mendoza, and, Ms. Barrera, each of

24   you is charged in a one-count indictment with conspiracy to

25   transport illegal aliens within the United States for private

1   financial gain.

2        Ms. Mendoza, did you receive a copy of the indictment that

3   was filed against you?

4            DEFENDANT MENDOZA:  Yes, sir.

5            THE COURT:  Did you read it, and did you discuss with

6   your attorney the charge to which you are pleading guilty?

7            DEFENDANT MENDOZA:  Yes, sir.

8            THE COURT:  Do you understand the charge?

9            DEFENDANT MENDOZA:  Yes, sir.

10           THE COURT:  You understand that you have the right to

11  plead not guilty to that charge?

12           DEFENDANT MENDOZA:  Yes, sir.

13           THE COURT:  And how do you plead to the charge in

14  your indictment, guilty or not guilty?

15           DEFENDANT MENDOZA:  Guilty.

16           THE COURT:  And, Ms. Barrera, did you receive a copy

17  of the indictment that was filed against you?

18           DEFENDANT BARRERA:  Yes, sir.

19           THE COURT:  Did you read the indictment and discuss

20  with your attorney the charge to which you are pleading guilty?

21           DEFENDANT BARRERA:  Yes, sir.

22           THE COURT:  Do you understand the charge?

23           DEFENDANT BARRERA:  Yes, sir.

24           THE COURT:  Do you understand that you also have the

25  right to plead not guilty to that charge?

1          DEFENDANT BARRERA:  Yes, sir.

2          THE COURT:  And how do you plead to the charge in

3    your indictment, guilty or not guilty?

4          DEFENDANT BARRERA:  Guilty.

5          THE COURT:  Under the constitution and the laws of

6    the United States, each of you has the right to a trial by jury

7    and the assistance of an attorney at trial, the right to

8    confront and cross-examine the Government's witnesses, the

9    right to compel the attendance of witnesses at trial, and the

10   right to present evidence on your own behalf.

11        Mr. Villalon, do you understand that?

12        DEFENDANT VILLALON:  Yes, sir.

13        THE COURT:  Ms. Mendoza?

14        DEFENDANT MENDOZA:  Yes, sir.

15        THE COURT:  And Mr. -- Ms. Barrera?

16        DEFENDANT BARRERA:  Yes, sir.

17        THE COURT:  Each of you is presumed to be innocent,

18   and the Government is required to prove your guilt beyond a

19   reasonable doubt before you can be found guilty.

20        At a trial, while you would have the right to testify if

21   you chose to do so, you cannot be required to testify and if

22   you choose not to testify that cannot be held against you.

23        Mr. Villalon, do you understand that?

24        DEFENDANT VILLALON:  Yes, Your Honor.

25        THE COURT:  And, Ms. Mendoza?

1        DEFENDANT MENDOZA:  Yes, sir.

2        THE COURT:  And, Ms. Barrera?

3        DEFENDANT BARRERA:  Yes, sir.

4        THE COURT:  If you plead guilty, you will give up

5    your right to a trial, the other rights I have discussed, and

6    any defenses you may have to the charge, and the district judge

7    will sentence you after considering a presentence report.

8        Mr. Villalon, do you understand that?

9        DEFENDANT VILLALON:  Yes, Your Honor.

10       THE COURT:  Ms. Mendoza?

11       DEFENDANT MENDOZA:  Yes, sir.

12       THE COURT:  And, Ms. Barrera?

13       DEFENDANT BARRERA:  Yes, sir.

14       THE COURT:  Mr. Villalon, do you agree to give up

15   your rights and to plead guilty to the charge in the indictment

16   that we have discussed?

17       DEFENDANT VILLALON:  Yes, Your Honor.

18       THE COURT:  Are you pleading guilty because you are

19   guilty and for no other reason?

20       DEFENDANT VILLALON:  (No audible response.)

21       THE COURT:  Sir?

22       DEFENDANT VILLALON:  Yes.

23       THE COURT:  Ms. Mendoza, do you agree to give up your

24   rights and to plead guilty to the charge in your indictment

25   that we have discussed?

1          DEFENDANT VILLALON:  Yes, sir.

2          THE COURT:  And are you pleading guilty because you

3     are guilty and for no other reason?

4          DEFENDANT MENDOZA:  Yes, sir.

5          THE COURT:  Ms. Barrera, do you agree to give up your

6     rights and to plead guilty to the charge in your indictment

7     that we have discussed?

8          DEFENDANT BARRERA:  Yes, sir.

9          THE COURT:  And are you pleading guilty because you

10    are guilty and for no other reason?

11         DEFENDANT BARRERA:  Yes, sir.

12         THE COURT:  Mr. Villalon, the penalty that you face

13    for the offense to which you're pleading guilty is up to ten

14    years in jail and a fine up to 200 -- $250,000.  You will also

15    be required to pay the $100 special assessment to the Crime

16    Victim Fund.

17       Do you understand that?

18         DEFENDANT VILLALON:  Yes, Your Honor.

19         THE COURT:  Ms. Mendoza, and, Ms. Barrera, the

20    penalty that each of you faces for the offense to which you're

21    pleading guilty is also up to -- it's also a ten-year maximum.

22       Isn't that correct, Mr. Blankinship --

23         MR. HARDY:  That is correct.

24         THE COURT:  -- I mean Mr. Hardy?

25         MR. HARDY:  Yes, sir.

1    THE COURT:  It's also up to ten years in jail and a

2    fine up to $250,000.  And each of you will also be required to

3    pay the $100 special assessment to the Crime Victim Fund.

4        Ms. Mendoza, do you understand that?

5            DEFENDANT MENDOZA:  Yes, sir.

6            THE COURT:  And, Ms. Barrera?

7            DEFENDANT BARRERA:  Yes, sir.

8            THE COURT:  In each of your cases, the district judge

9    will impose a sentence after considering guidelines established

10   by the United States Sentencing Commission.  A range of

11   punishment will be determined considering such things as the

12   nature and circumstances of your offense, your conduct in this

13   case, and your past criminal history.  However, the Sentencing

14   Guidelines are only advisory, and the district judge is not

15   required to sentence you within the applicable guideline range.

16   He can sentence you to any reasonable term between the minimum

17   and maximum statutory penalties.

18       Mr. Villalon, do you understand that?

19           DEFENDANT VILLALON:  Yes, Your Honor.

20           THE COURT:  Ms. Mendoza?

21           DEFENDANT MENDOZA:  Yes, sir.

22           THE COURT:  And, Ms. Barrera?

23           DEFENDANT BARRERA:  Yes, sir.

24           THE COURT:  As part of your plea agreements, you're

25   giving up the right to appeal your sentence as well as the

1  right to contest your sentence in any other type of

2  post-conviction proceeding except in limited circumstances.

3       Mr. Villalon, do you understand that?

4            DEFENDANT VILLALON:  Yes, Your Honor.

5            THE COURT:  And do you agree to give up your right to

6  appeal and to contest your sentence?

7            DEFENDANT VILLALON:  Yes, Your Honor.

8            THE COURT:  And, Ms. Mendoza, do you understand the

9  appeal waiver in your plea agreement?

10           DEFENDANT MENDOZA:  Yes, sir.

11           THE COURT:  And do you agree to give up your right to

12  appeal and to contest your sentence?

13           DEFENDANT MENDOZA:  Yes, sir.

14           THE COURT:  And, Ms. Barrera, do you understand the

15  appeal waiver in your plea agreement?

16           DEFENDANT BARRERA:  Yes, sir.

17           THE COURT:  And do you agree to give up your right to

18  appeal and to contest your sentence?

19           DEFENDANT BARRERA:  Yes, sir.

20           THE COURT:  There is no parole in federal court.  The

21  term of imprisonment you may receive is the time you will serve

22  less credit for good time.

23       Mr. Villalon, do you understand that?

24           DEFENDANT VILLALON:  Yes, Your Honor.

25           THE COURT:  Ms. Mendoza?

1          DEFENDANT MENDOZA:  Yes, sir.

2          THE COURT:  And, Ms. Barrera?

3          DEFENDANT BARRERA:  Yes, sir.

4          THE COURT:  Mr. Villalon, in addition to any term of

5   imprisonment or fine that may be imposed, you'll be required to

6   make restitution for any property or money lost as a result of

7   the offense.

8      And do you understand that?

9          DEFENDANT VILLALON:  Yes, Your Honor.

10          THE COURT:  For the offense to which each of you is

11   pleading guilty, a term of supervised release of up three years

12   could be assessed.  Supervised release is served after

13   completing your initial term of confinement.  If you are

14   granted probation, supervised release will not be assessed

15   unless your probation is revoked.  While on supervised release,

16   you will be required to comply with various conditions.

17   Failure to comply with any of these conditions could result in

18   revocation of supervised release and the imposition of an

19   additional term of confinement.

20      Mr. Villalon, do you understand that?

21          DEFENDANT VILLALON:  Yes, Your Honor.

22          THE COURT:  And, Ms. Mendoza?

23          DEFENDANT MENDOZA:  Yes, sir.

24          THE COURT:  And, Ms. Barrera?

25          DEFENDANT BARRERA:  Yes, sir.

1          THE COURT:  Mr. Villalon, are you pleading guilty

2    freely and voluntarily and with full knowledge of the

3    consequences?

4          DEFENDANT VILLALON:  Yes, Your Honor.

5          THE COURT:  Ms. Mendoza?

6          DEFENDANT MENDOZA:  Yes, sir.

7          THE COURT:  And, Ms. Barrera?

8          DEFENDANT BARRERA:  Yes, sir.

9          THE COURT:  Has anyone, Mr. Villalon, threatened you,

10   coerced you, or forced you in any way to plead guilty?

11         DEFENDANT VILLALON:  No, sir.

12         THE COURT:  Ms. Mendoza?

13         DEFENDANT MENDOZA:  No, sir.

14         THE COURT:  Ms. Barrera?

15         DEFENDANT BARRERA:  No, sir.

16         THE COURT:  Mr. Villalon, has anyone made any promise

17   other than the plea agreement that caused you to plead guilty?

18         DEFENDANT VILLALON:  No, Your Honor.

19         THE COURT:  Ms. Mendoza?

20         DEFENDANT MENDOZA:  No, sir.

21         THE COURT:  And, Ms. Barrera?

22         DEFENDANT BARRERA:  No, sir.

23         THE COURT:  Mr. Villalon, has anyone made any promise

24   to you as to what your sentence will be?

25         DEFENDANT VILLALON:  No, Your Honor.

1          THE COURT:  Ms. Mendoza?

2          DEFENDANT MENDOZA:  No, sir.

3          THE COURT:  And, Ms. Barrera?

4          DEFENDANT BARRERA:  No, sir.

5          THE COURT:  I didn't see any special recommendations

6   in Mr. Villalon's plea agreement, Mr. Blankinship.  Did I miss

7   anything?

8      I think the only thing I saw in Ms. Mendoza and

9   Ms. Barrera's plea agreement was that the Government would

10  recommend a two offense level decrease under the fast track

11  program.  Is that correct?

12         MR. HARDY:  Yes, sir.

13         THE COURT:  Okay.

14         MS. BLANKINSHIP:  Your Honor, there was one thing.

15  The defendant is -- has agreed to pay restitution for all

16  offenses that are part of the conspiracy and scheme.  Under

17  The Guidelines, he'd have to do that any way, but that is a

18  part of the plea agreement with the Government that he'll pay

19  restitution for all offenses in the indictment.

20         THE COURT:  Okay.

21     Do you understand that, Mr. Villalon?

22         DEFENDANT VILLALON:  Yes, Your Honor.

23         THE COURT:  Okay.

24     Ms. Mendoza, and, Ms. Barrera, as part of your plea

25  agreement, that the Government will recommend that you receive

1    a two offense level downward departure or variance under the

2    fast track program.  You need to be aware that Judge Ezra is

3    not required to accept that recommendation.  If he does not

4    accept this part of your plea agreement or does not sentence

5    you within the applicable guideline range, you will not have

6    the right to withdraw your guilty plea.

7         Ms. Mendoza, do you understand that?

8              DEFENDANT MENDOZA:  Yes, sir.

9              THE COURT:  Ms. Barrera?

10             DEFENDANT BARRERA:  Yes, sir.

11             THE COURT:  Mr. Villalon, the legal elements of the

12   offense to which you're pleading guilty are that

13   Mr. James Paul Council was an agent of the University of Texas

14   at San Antonio, that the University of Texas at San Antonio was

15   an organization that received, in any one year, benefits in

16   excess of $10,000 under a federal program involving grants,

17   contracts, subsidies, et cetera, and other forms of federal

18   assistance.  That you corruptly gave, offered, or agreed to

19   give Mr. Council anything of -- of value with the intent to

20   influence him in connection with a business transaction.  And I

21   believe that's specified in the -- in Count 8 regarding -- it

22   was regarding construction of improvements at Mr. Council's

23   residence, and that the value of what was given to him exceeded

24   $5,000.

25        Do you understand the legal elements of the offense to

1  which you're pleading guilty?

2           DEFENDANT VILLALON:  Yes, Your Honor.

3           THE COURT:  Ms. Mendoza, and, Ms. Barrera, the legal

4  elements of the offense to which each of you is pleading guilty

5  are that you knew -- or that an alien had entered or remained

6  in the United States in violation of the law, that you knew or

7  recklessly disregarded the fact that the alien was in the

8  United States in violation of the law, and that you transported

9  the alien within the United States with the intent to further

10 the alien's unlawful presence and that you did so for private

11 financial gain.

12      Ms. Mendoza, do you understand the legal elements of the

13 offense to which --

14          DEFENDANT MENDOZA:  Yes, sir.

15          THE COURT:  -- you're pleading guilty?

16          DEFENDANT MENDOZA:  Yes, sir.

17          THE COURT:  Ms. Barrera?

18          DEFENDANT BARRERA:  Yes, sir.

19          THE COURT:  The factual basis for the charges against

20 each of you is included within the plea agreement which you

21 signed.  Each of you has indicated that you've read your

22 indictment as well as the plea agreement which contains the

23 factual basis.  Now that I've explained the legal elements of

24 your -- of your offense, I want to ask each of you again if you

25 understand the nature of the charge against you.

1       Mr. Villalon?

2               DEFENDANT VILLALON:  Yes, Your Honor.

3               THE COURT:  Ms. Mendoza?

4               DEFENDANT MENDOZA:  Yes, sir.

5               THE COURT:  Ms. Barrera?

6               DEFENDANT BARRERA:  Yes, sir.

7               THE COURT:  Before you could be found guilty at

8   trial, the Government would be required to prove the facts in

9   the factual basis and establish each of the legal elements

10  beyond a reasonable doubt.

11      Mr. Villalon, do you understand that?

12              DEFENDANT VILLALON:  Yes, Your Honor.

13              THE COURT:  Ms. Mendoza?

14              DEFENDANT MENDOZA:  Yes, sir.

15              THE COURT:  Ms. Barrera?

16              DEFENDANT BARRERA:  Yes, sir.

17              THE COURT:  Mr. Villalon, do you have any questions

18  about the charge against you or the factual basis?

19              DEFENDANT VILLALON:  No, Your Honor.

20              THE COURT:  Ms. Mendoza?

21              DEFENDANT MENDOZA:  No, sir.

22              THE COURT:  Ms. Barrera?

23              DEFENDANT BARRERA:  No, sir.

24              THE COURT:  Mr. Villalon, do you agree with the

25  factual summary in your plea agreement?

1          DEFENDANT VILLALON:  Yes, Your Honor.

2          THE COURT:  Ms. Mendoza?

3          DEFENDANT MENDOZA:  Yes, sir.

4          THE COURT:  Ms. Barrera?

5          DEFENDANT BARRERA:  Yes, sir.

6          THE COURT:  Mr. Villalon, is there anything we've

7   talked about today that you do not understand or that you want

8   to discuss with your lawyer?

9          DEFENDANT VILLALON:  No, Your Honor.

10          THE COURT:  Ms. Mendoza?

11          DEFENDANT MENDOZA:  No, sir.

12          THE COURT:  Ms. Barrera?

13          DEFENDANT BARRERA:  No, sir.

14          THE COURT:  The Court finds the defendants are

15   competent to stand trial, the defendants fully understand the

16   nature of the charge and the penalties, the defendants

17   understand their constitutional and statutory rights and desire

18   to waive them, the defendants' pleas are freely, knowingly, and

19   voluntarily made, and there is a factual basis for the pleas.

20   I will recommend to the district judges that your guilty pleas

21   be accepted, and that a judgment of guilt be entered against

22   you.  The cases will now be referred to the probation office to

23   prepare presentence reports.

24          Mr. Blankinship, does the Government have any objection if

25   Mr. Villalon remains on bond pending sentencing?

1          MR. BLANKINSHIP:  We do not.

2          THE COURT:  Mr. Hardy, any objection regarding

3    Ms. Mendoza and Ms. Barrera?

4          MR. HARDY:  Not at this time, Your Honor.

5          THE COURT:  Mr. Villalon, Ms. Mendoza, and,

6    Ms. Barrera, you'll be allowed to remain on bond pending

7    sentencing subject to the same conditions of bond.

8        Mr. Villalon, your case is set for sentencing before

9    Judge Garcia on June the 26th at 9:30 in the morning.

10       And, Ms. Mendoza, and, Ms. Barrera, your cases are set for

11   sentencing before Judge Ezra on May the 12th at 9 o'clock in

12   the morning.

13       The court is in recess.

14          COURT SECURITY OFFICER:  All rise.

15             (Whereupon said Re-arraignment & Plea Hearing

16   proceedings concluded.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Kristin M. Anderson, a Registered Professional Reporter, and Official Court Reporter for the U.S. District Court, Western District of Texas do hereby certify:

That I, as a court-approved transcriber, certify that the foregoing is a correct transcription of the audio recording to the best of my ability from the official digital audio recording of the proceedings in the above-entitled matter;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested in the action.

WITNESS my hand on this 26th of April, 2016.


_/s/ Kristin M Anderson_
Kristin M. Anderson, RPR
Federal Official Court Reporter